IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BILLY TYLER,

     Plaintiff,

  vs.

TOD SCHMADER, Chief of Police;
CITY OF OMAHA,  JOHN DOE
POLICE,  UNKNOWN BIRENT, and
JUDGE RANDALL,

     Defendants.

**8:16CV550**

**MEMORANDUM
AND ORDER**

On February 24, 2017, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action.  To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.  The court will enter judgment by a separate document.

Dated this 10th day of April, 2017.

     BY THE COURT:

     s/ *Richard G. Kopf*
     Senior United States District Judge